UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA

VS.                                          ORDER

MATTHEW C. TUCCI

CR. NO.  **24-cr-00235-RK**


The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 5th day of April, 2024

ORDERED that the Federal Public Defender for the District of New Jersey, (Andrea Aldana, AFPD) is hereby appointed to represent said defendant in this case until further order of the Court.


TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE


cc:  Federal Public Defender

DNJ-CR-020